UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ALEXANDER EQUIPMENT RENTAL, INC., and ALEXANDER CONSTRUCTION, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>PYRAMID EMPLOYER SERVICES, INC., COILE & ASSOCIATES, INC., REGENCY INSURANCE CO., LTD., and JERRY BREWER, <br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 02-2126<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

A Report and Recommendation (#79) was filed by the Magistrate Judge in the above cause on August 5, 2005. The Magistrate Judge recommended that Defendant Pyramid's Motion to Dismiss Claim for Bad Faith Adjustment of Insurance Claim (#74) be granted because Pyramid Employer Services was not an "insurer" pursuant to relevant caselaw. The Magistrate Judge further recommended that the entire case be dismissed unless Plaintiffs corrected pleading deficiencies related to subject matter jurisdiction within ten days of the order on the motion. On August 15, 2005, Plaintiffs filed their Objection to the Report and Recommendation (#82). In the Objection, Plaintiffs asserted the Report and Recommendation was in error because Defendant Pyramid Employer Services was self-insured. This court then asked the Magistrate Judge to file a supplemental report and recommendation addressing the issue of Pyramid being self-insured. Also on August 15, 2005, Plaintiffs filed a Motion for Leave to File Amended Complaint (#80).

On September 2, 2005, the Magistrate Judge filed a Supplemental Report and Recommendation (#88). In the Supplemental Report and Recommendation, after considering

Plaintiffs' Objection, the Magistrate Judge again recommended that Defendant Pyramid's Motion to Dismiss be granted. In addition, the Magistrate Judge recommended the entire case be dismissed because Plaintiffs failed to allege a basis for federal jurisdiction, and the proposed amended complaint filed by Plaintiffs did not correct the deficiencies to pleading diversity jurisdiction. More than ten (10) days have elapsed since filing of the Supplemental Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Supplemental Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant Pyramid's Motion to Dismiss (#74) is GRANTED. Defendant Pyramid's other pending Motion to Dismiss (#73) is STRICKEN as duplicative.

(2) This case is dismissed for lack of subject matter jurisdiction.

(3) Plaintiffs' Motion for Leave to File (#80) and Motion to Compel (#87) are denied as MOOT.

ENTERED this 21st day of September, 2005.

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE